

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| IN THE MATTER OF THE SEARCH OF: INFORMATION ASSOCIATED WITH (406) 599-7595 THAT IS STORED AT PREMISES CONROLLED BY WHATSAPP, INC. | MJ 20-13-M-KLD  ORDER |
|---|---|

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrant filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 9th day of July, 2020.

Kathleen L. DeSoto
United States Magistrate Judge
Missoula, Montana

1