IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 20-13-BU-KLD |
| Information Associated with (406) 599-7595 that is stored at premises controlled by Whatsapp, Inc. | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 29th day of March, 2021.

*Kathleen L. DeSoto*
Kathleen L. DeSoto
United States Magistrate Judge

1